

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EPIC GAMES, INC., | )<br>)<br>)<br>) No. 1:19-cv-02788<br>) |
| v. | ) Hon. Ronald A. Guzmán<br>) |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | )<br>)<br>)<br>)<br>) |

## TURNOVER ORDER

This matter coming to be heard upon Plaintiff's Motion for Turnover of Funds held pursuant to a Citation to Discover Assets, it is hereby ordered that:

1. ContextLogic, Inc. has satisfied the Notice of Third-Party Citation to Discover Assets;

2. ContextLogic, Inc. is directed to pay to the judgement creditor, EPIC GAMES, INC., the sum of $12,196.32, the amount held by ContextLogic, Inc. pursuatnt to the Citation to Discover Assets (details of accounts listed in Schedule A hereto); and

3. Deliver said proceeds by wire to Plaintiff's Counsel, at 5/3rd Bank, 7727 West Lake Street, River Forest, IL 60305 (1.888.422.6562) to the account of:
KEITH A. VOGT, ESQ.
ABA Routing: 071923909
Swift Code: FTBCUS3C
Deposit to Account: 9999172060

10-10-2019

Ronald A. Guzmán
U.S. District Court Judge